```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
             CRIMINAL NO. 13-184(DSD)
```

United States of America,

       Plaintiff,

v.                                                      **ORDER**

Alpha Mshihiri,

       Defendant.


    This matter is before the court upon the pro se request for early termination of supervised release by defendant Alpha Mshihiri.  Mshihiri is currently serving a five-year term of supervised release, which commenced in this District on October 13, 2023.  He requests early termination based on his clean and productive record on supervision.  The probation officer supports the request, and the government has not objected.

    Pursuant to 18 U.S.C. § 3583(e)(1), the court, after consideration of the factors set forth in § 3553(a), may terminate a defendant's supervised release "at any time after the expiration of one year of supervised release ... if [the court] is satisfied that such action is warranted by the conduct of the defendant released and the interests of justice."  The court commends Mshihiri's record on supervision and finds that early termination is warranted.

Accordingly, **IT IS HEREBY ORDERED** that the motion for early termination or modification of supervised release [ECF No. 364] is granted.

Dated: September 11, 2025

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court